# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| BADGER CONTRACTING, INC., NC d/b/a BADGER TREE SERVICE INC, | : : : | |
|     **Plaintiff and Counter-Defendant,** | : : | |
| v. | : : | |
| CHARLES M. HARRIS, SR., | : : | **CASE NO:** |
|     **Defendant, Counter-Plaintiff, and Third-Party Plaintiff,** | : : : | **7:24-cv-56-WLS** |
| v. | : : | |
| STATE FARM FIRE AND CASUALTY COMPANY, | : : : | |
|     **Third-Party Defendant.** | : : | |

## ORDER

On June 6, 2024, Third-Party Defendant State Farm Fire & Casualty Company ("State Farm") removed the above-styled action from the Superior Court of Lowndes County, Georgia, to this Court. The answer, counterclaim and third-party complaint filed on behalf of Defendant Charles M. Harris, Sr., reflects that Taylor Thomas Young, of the firm Dover Miller Karras Langdale & Brantley, P.C., P.O. Box 729, Valdosta, Georgia, is counsel for Mr. Harris.[1] (*See* Doc. 1-2 at 25) Also on June 6, 2024, the Clerk of this Court issued a notice to Mr. Young that he does not meet the Court's required attorney admission policy. (*See* June 6, 2024 Docket text entry) The Clerk's notice required Mr. Taylor to meet all of the required attorney admissions policies of this Court within fourteen days of the notice, including the payment of Pro Hac Vice or admissions fees. To date, Mr. Young has not complied with the Clerk's notice.

The Court notes that Nathanael D. Brantley, also with firm of Dover Miller Karras Langdale & Brantley, P.C., has entered an appearance on behalf of Mr. Harris. Mr. Brantley

---

[1] Mr. Young's signature block indicates that he is "ATTORNEY FOR PLAINTIFF." (Doc. 1-2 at 25) This appears to be an error as the document is titled "Defendant's Answer, Defenses, Counterclaim, and Third Party Complaint."

1

meets the Court's admission requirements. However, Mr. Young still needs to clarify his status in this case and/or immediately comply with the admission Rules of this Court.

Accordingly, it is hereby **ORDERED** that on or before **Tuesday, July 2, 2024**, Taylor Thomas Young, shall file such documents as he deems appropriate to clarify his status, if any, in this case and/or immediately comply with the admission Rules of this Court.

**SO ORDERED**, this 26th day of June 2024.

>	/s/ W. Louis Sands
>	**W. LOUIS SANDS, SR. JUDGE**
>	**UNITED STATES DISTRICT COURT**