# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **BADGER CONTRACTING, INC., NC** d/b/a **BADGER TREE SERVICE INC,** : : : | |
| Plaintiff and Counter-Defendant, : | |
| v. : : | |
| **CHARLES M HARRIS, SR.,** : | **CASE NO:** |
| Defendant, Counter-Plaintiff, : and Third-Party Plaintiff, : : | **7:24-cv-56-WLS** |
| v. : : | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** : : : | |
| Third-Party Defendant. : | |

## ORDER

On June 28, 2024, Third-Party Defendant, State Farm Fire & Casualty Company ("State Farm") filed a timely Supplement to Notice of Removal (Doc. 25) ("Supplement") providing its calculations supporting its assertion that the "matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a)(1). (*See* Order Doc. 22).

On June 21, 2024, Plaintiff, Badger Contracting, Inc., NC, filed a Motion and Brief in Support of Plaintiff's Motion to Remand (Doc. 21) ("Motion to Remand"). The time for responses to the Motion to Remand has not expired.

Accordingly, for the Court to properly evaluate whether subject matter jurisdiction exists in this case, it is hereby **ORDERED** that:

 1. Pursuant to the Court's prior Order (Doc. 22), responses to the Supplement are due on or before **Monday, July 8, 2024**.

 2. Any responses and/or replies to the Motion to Remand shall be filed within the deadlines set by the Local Rules of this Court. No additional briefs shall be filed except upon the filing of a timely motion and entry of an order by this Court granting such motion.

1

3.	Upon expiration of the deadlines, the Motion to Remand will be taken under consideration.

4.	All other motions currently before the Court for consideration in this case will be held in abeyance pending resolution of the Court's jurisdictional questions.

**SO ORDERED**, this 5th day of July 2024.

> /s/ W. Louis Sands
> **W. LOUIS SANDS, SR. JUDGE**
> **UNITED STATES DISTRICT COURT**