IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

BADGER CONTRACTING INC NC,                *

        Plaintiff,                              *

v.                                                            Case No. 7:24-cv-56 (WLS)

                                     *

CHARLES M. HARRIS, SR.,

                                     *

        Third-Party Plaintiff,

                                     *

v.

STATE FARM FIRE AND CASUALTY
COMPANY

        Third – Party Defendant.

**J U D G M E N T**

    Pursuant to this Court's Order dated August 5, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Lowndes County, Georgia.

    This 6th day of August, 2024.

                            David W. Bunt, Clerk


                            s/ Kathleen S. Logsdon, Deputy Clerk